## ELI et al. v. CARTER OIL CO. et al.

No. 19818. Opinion Filed Nov. 22, 1932.

Rehearing Denied Feb. 28, 1933.
Application for Leave to File Second Petition for Rehearing Denied April 4, 1933.

John Barry, Reynolds & Williams, and Linebaugh & Pinson, for plaintiffs in error.

J. Wood Glass, F. A. Calvert, Y. P. Broome. W. P. McGinnis, James A. Veasey, and L. G. Owen, for defendants in error.

KORNEGAY, J. In this case the matters involved are several cross-appeals from an order in accounting. A separate appeal was prosecuted in case No. 20110, by the Carter Oil Company, the Tidal Oil Company, J. Wood Glass, and F. A. Calvert. An opinion in that case has been rendered, which is decisive of this case.

The decision appealed from of the No-

wata county district court on the accounting in this case, rendered on September 14, 1928, is in all things reversed, and the decision of this court rendered on April 19. 1927, is set aside, and the opinion filed at that time and reported in 126 Okla. 12, 257 P. 761, is withdrawn and overruled, and it is ordered that the original case reversed therein from the Nowata county district court be now affirmed, the same being case No. 5204 in said court.

HEFNER, SWINDALL, and McNEILL, JJ., and HENSHAW, Special J., concur. LESTER, C. J., CLARK, V. C. J., and YOUNG, Special J., dissent. RILEY, J., not participating. CULLISON and ANDREWS, JJ., disqualified.